**RELATED DDJ**

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

Elliott Lew Griffin
FULL NAME

COMMITTED NAME (if different)

CMC-East, P.O. Box 8101
FULL ADDRESS INCLUDING NAME OF INSTITUTION
San Luis Obispo, CA 93409

V46065
PRISON NUMBER (if applicable)

Received ________
(Date)
Scanned at CMC and E-mailed on 1-25-18 by [initials]
(Date) (Initials)
Number of pages scanned: 43

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELLIOTT LEW GRIFFIN,
PLAINTIFF,

v.

DR. E. FLORES, CDCR MD; Dr. KAAR, CDCR MD; DR. O. SIAHAAN CDCR MD; DR. J. KRAPAN, CDCR MD; DR. S. PIDO CDCR MD
DEFENDANT(S).

CASE NUMBER **2:18-CV-00687-DOC-AGR**
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff

Received
(date)
Scanned at CMC and emailed
by
(initials) (date)
Number of pages scanned:

Defendants

b. Court

c. Docket or case number

d. Name of judge to whom case was assigned

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)

f. Issues raised:

g. Approximate date of filing lawsuit:

h. Approximate date of disposition

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

If your answer is no, explain why not

3. Is the grievance procedure completed? ☒ Yes ☐ No

If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Elliott Lew Griffin
(print plaintiff's name)

who presently resides at CMC-East, P.O. Box 8101, San Luis Obispo, CA 93409
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at North Kern State Prison in Delano, CA; California Health Care Facility in Stockton, CA; and California Men's Colony in San Luis Obispo, CA
(institution/city where violation occurred)

on (date or dates) From Sept 2015 to Present (Claim I), ______ (Claim II), ______ (Claim III).

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Dr. E. Flores, MD (full name of first defendant) resides or works at N.K.S.P., P.O. Box 5000, Delano, CA 93216 (full address of first defendant) CDCR Medical Doctor (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

All times mentioned in this complaint each defendant acted under the color of State Law.

2. Defendant Dr. Kaar, MD (full name of first defendant) resides or works at C.H.C.F, P.O. Box 32290, Stockton, CA 95213 (full address of first defendant) CDCR Medical Doctor (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

All times mentioned in this complaint each defendant acted under the color of State Law.

3. Defendant Dr. O. Sighaan, MD (full name of first defendant) resides or works at C.H.C.F., P.O. Box 32290, Stockton, CA 95213 (full address of first defendant) CDCR Medical Doctor (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

All times mentioned in this complaint each defendant acted under the color of State Law

4. Defendant Dr. J. Krpan, MD resides or works at
(full name of first defendant)

C.H.C.F, P.O. BOX 32290, Stockton, CA 95213
(full address of first defendant)

CDCR Medical Doctor
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

All times mentioned in this complaint each defendant acted under the color of State Law

5. Defendant Dr. S. Pido, MD resides or works at
(full name of first defendant)

CMC-East, P.O. Box 8101, San Luis Obispo, CA 93409
(full address of first defendant)

CDCR Medical Doctor
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

All times mentioned in this complaint each defendant acted under the color of State Law.

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Plaintiff's 5th, 8th and 14th Amendment rights to the United States Constitution has been violated because the Defendant's Dr. E. Flores, CDCR MD; Dr. Kaar, CDCR MD; Dr. O. Sighaan, CDCR MD; Dr. J. Krpan, CDCR MD and Dr. S. Pido, CDCR MD, has acted with deliberate indifference to Plaintiff's serious medical needs; Specifically a right shoulder injury that required immediate Surgical procedures to correct since September 2015 which Plaintiff's asserts constitutes a due process violation that has seriously amounted to cruel and unusual punishment cause as of January 23, 2018 (today) Plaintiff has been forced to live with chronic and severe pain for over 2 years without receiving no surgery medical procedure as of this late date. Hence, for that reason and for the reasons alleged herein Plaintiff should be granted relief.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1.) Dr. E. Flores, CDCR MD acted with deliberate indifference cause she knew about my serious medical need of surgery on my right shoulder and failed to respond appropriately and or not at all; 2.) Dr. Kaar, CDCR MD acted with deliberate indifference cause she knew about my serious medical need of surgery on my right shoulder and failed to respond appropriately and or not at all; 3.) Dr. O. Sighaan, CDCR MD, acted with deliberate indifference cause he knew about my serious medical need of surgery on my right shoulder and failed to respond appropriately and or not at all; 4.) Dr. J. Krpan, CDCR MD acted with deliberate indifference cause he knew about my serious medical need of surgery on my right shoulder and failed to respond appropriately and or not at all; and 5.) Dr. S. Pido CDCR MD acted with deliberate indifference cause she knew about my serious medical need of surgery on my right shoulder and failed to respond appropriately and or not at all. (Please see the attached Statement of Facts)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*



E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1.) An immediate temporary restraining order
2.) An injunction for prospective relief
3.) A declaratory Judgment
4.) Awarded money damages for all nominal, compensatory and punitive damages for the additional harm done to my right shoulder as it has gotten more severe over the past two years and especially for the extreme chronic and severe pain I have suffered since seeking immediate medical treatment in CDCR State Prison which I feel has amounted to a due process violation and cruel and unusual punishment that has gone on for over 2 years of my life;
5.) If I have to put a nominal amount myself, I am seeking the amount of $500,000 dollars which equates to $100,000 dollars per each of the (5) CDCR MD Defendants alleged herein.

Respectfully Submitted
Mr. Elliott Lew Griffin

In addition it should be noted that Plaintiff is without no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks immediately.

Thankyou Sincerly,
Mr Elliott Lew Griffin

1-23-18
(Date)

E. Griffin
(Signature of Plaintiff)

# STATEMENT OF FACTS

In late 2014 while housed at North Kern State Prison I injured my right shoulder exercising and I figured it would heal so I didn't go to CDCR Medical at that time. In September/October 2015 (I don't Know the exact date at this time) I reinjured my shoulder again very severly and I immediately put in a CDCR 7362 Medical Form to be seen by the CDCR Doctor.

I was then interviewed by the R.N which claimed it would take up to 6 weeks to see the Doctor about my shoulder despite the fact that I was in severe pain due to backlog. At that Time I was given pain medication and told to wait it out.

Roughly 6 weeks had passed bye and I still hadn't seen the Doctor, so I put in another CDCR 7362 Medical Form requesting to be seen immediately by the CDCR Doctor. Again I was seen by the R.N. who told me it would take up to another 6 weeks to be seen by the Doctor despite the fact that I was in severe pain and already waited 6 weeks due to backlog. I was then given more pain medication and told I would have to wait it out again.

Around 6 weeks later, I still had not been seen by the Doctor regarding my severe painful shoulder injury so I filed a Health Care Appeal (HC) CDCR 602 that was granted. On 2/3/16 I was seen by Dr. Gines, CDCR MD who ordered me X-rays; physical therapy and an MRI. (Please see attached Exh. A)

After the MRI, I was seen by Dr. E. Flores, CDCR MD on 7/12/16 who said that my MRI results did not show a torn rotator cuff, but severe arthritis and referred me for an Orthopedic Consult for further treatment recommendations. I having dealt with the severe pain and CDCR Medical for the past (10 months at this point)

I filed another (HC) 602 Appeal requesting that I see the Orthopedic Specialist as soon as possible. On 8/26/16 my (HC) 602 Appeal was partially granted as I was referred for an Orthopedic consult on allegedly 7/12/16. (Please see attached Exh. B)

However, despite the granting of my (HC) 602 Appeal to see the Orthopedic Specialist on 8/26/16 and my numerous Doctor visits and complaints to all of the Defendants named in this case: Dr. E. Flores, CDCR MD; Dr. Kaar, CDCR MD; Dr. O Sighaan, CDCR MD; Dr. J. Krpan, CDCR MD; and Dr. Pido, CDCR MD (Which is all the CDCR Medical Doctors I seen since the granting of my (HC) 602 Appeal to see the specialist on 8/26/16) I did not get seen by the Orthopedic Specialist until 8/23/17 (roughly a year later from the grant of my (HC) 602 Appeal and well over a year since the time Dr. E Flores, CDCR MD initially claimed to have referred me for an Orthopedic Consult on 7/12/16 (Please see attached Exh. C) But the only notation I found in my medical records that referred me to see the Orthopedic Surgeon was on 8/14/2017 referenced on the attached Exh. C.

When I was seen by the Orthopedic Surgeon on 8/23/17, he said he reviewed my 6-29-16 MRI and that I had: 1.) Right shoulder chronic impingment, AC Joint (Something?); and 3.) Partial Rotator Cuff Tear and said that I needed immediate surgery to repair the damage to stop the pain. On 8/23/17 Mark G. Kowall, MD, M.B.A. Orthopedic Surgery Consultant immediately requested Authorization for surgery. (Please see attached Exh. C pp. 1-5)

Today is 1-23-18 and I still have not gotten surgery

for my serious medical need of my shoulder that I brought to the immediate attention of CDCR Medical Staff in Sept./Oct. 2015 Recently as of 10/23/17 I filed another (HC) CDCR 602 Appeal which CDCR Medical Staff rejected on 10/31/17 electing to refer me back to my physician again. Since then I have not seen my CDCR Physician, but only received a letter in the mail that my surgery is scheduled within 90 days (Please See attached Exh. D.) Like I said today is 1-23-18 and still no surgery and I'm in severe pain and have been for the past 2 years (Over 2 years)!

Since the rejection of my (HC) CDCR 602 Appeal on 10/31/17 I filed another (HC) CDCR 602 Appeal on 12/29/17 which is currently due to be heard by 3/7/2018 (Please see attached Exh. E) I also put in another CDCR 7362 Medical Form requesting that my pain medication be reordered cause it expired without refill and to see a pain specialist cause my pain in severe and has been for over 2 years now, but to no avail. I was stone-walled by a R.N. who got my pain medication re-ordered and told me I had to wait on my surgery, which I dont know when!

To the Court, my shoulder has hurt severly for the past 2 years. I have complained over and over and over again to (all) of the CDCR Medical Doctor (Defendants) and to no avail. All (5) of the (Defendant's) have been aware of my serious severe shoulder injury that needed surgery since 2015. They further has been specifically on notice since 7/12/16 (the date Dr. E. Flores, CDCR MD, initially claimed to have referred me to see the Orthopedic Specialist for Consult and again when CDCR Medical Staff granted my (HC) CDCR 602 Appeal to see the Orthopedic

Specialist on 8/26/17 and they waited over a year to order my referral to see the Orthopedic Surgeon on 8/14/17 which then only took (9) total days to be seen by the Orthopedic Surgeon on 8/23/17 from the date they referred me.

Now the waiting process has started all over again cause since 8/23/17 I been waiting on my shoulder surgery which the triage RN said it could take up to 90 days from 11/3/17 "but will probably be much sooner than this!" (Please see attached Exh. B) I dont know what to believe cause I been dealing with CDCR Medical Staff for over 2 years now. Since Sept./Oct 2015 and I still have not received surgery as of today 1-23-18.

For the past 2 1/2 years (or over 2 years) my shoulder pain has been chronic and extremely painful. It has severly affected my daily living and my sleep. Therefore, Im asserting that all (5) of the alleged Defendant's has acted with deliberate indifference to my serious medical needs cause each of them personally have known that my right shoulder needed immediate surgery and for over 2 years they have failed to respond appropriately and or at all. As such, the Defendant's deliberate indifference to my serious medical needs clearly violated my due process rights to the 5th and 14th Amendments to the U.S. Constitution and has constituted cruel and unusual punishment in violation of the 8th Amendment to the U.S. Constitution. Since I have lived with chronic and extreme pain for the past 2 years needing surgery the entire time. Hence, please help, please... I need Judicial Court intervention to stop CDCR Medical Staff from violating my constitutional rights and prevent me from further cruel and unusual punishment. I cant take it any longer, please help! Thankyou Sincerly, Mr. Griffin



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Institution Response for First Level HC Appeal**

**Date:** 3/1/2016

**To:** GRIFFIN, ELLIOTT (V46065)
A 001 2248001L
North Kern State Prison
P.O. Box 567
Delano, CA 93216-0567

COMPLETED
MAR 1 2016
HC APPEALS

**Tracking/Log #:** NKSP HC 16027114

**Appeal Issues:**

In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 1/25/2016, you state you injured your right shoulder very badly. You claim you went to "Medical" roughly 3 months ago and you saw the RN who scheduled you to see the doctor. You state after 6 weeks you put in another medical slip and you saw the RN again and he scheduled you to see the doctor again. You claim it has almost been six weeks again and yet still no doctor. You state your shoulder hurts very badly and you think you might really need surgery. You claim you can't sleep on it without hurting and it is really injured badly.

| | Issue Type | Action Requested |
|---|---|---|
| **Issue 1:** | Access to Care ( MD Appointment ) | TO SEE THE DOCTOR REGARDING A RIGHT SHOULDER INJURY. |

**Response:**

You were seen on 2/3/16 by D. Gines, MD regarding your appeal. You stated that about 8 months ago you hurt your shoulder from doing pull-ups and push-ups. You claimed you stopped doing the exercises and you rested your shoulder believing that it would heal. You state 3 months after, you started to do exercises again but the pain was recurrent. You state taking Motrin 400mg by mouth 3 times a day partially helped your pain. You claimed on average your pain is a 6 on a scale of 1 to 10 on abduction and raising your shoulder. Dr. Gines examined you and instructed you to avoid over the head activities. You were advised on the graded pendulum exercises. The doctor prescribed Salsalate for your pain. A right shoulder x-ray was also ordered for further evaluation.

Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is **Granted**.

A. Shittu, MD
Chief Physician & Surgeon
North Kern State Prison

(Exh. A)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (REV. 6/13)**

Page 1 of 2

**STAFF USE ONLY**

Emergency Appeal ☐ Yes ☐ No

Signature: Date:

Institution: NKSP Log #: NKSPHC16027114 Category: 8

*FOR STAFF USE ONLY*

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Griffin, Elliott | V46065 | | |

**State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):**

**SECTION A.** **Explain your issue (If you need more space, use Section A of the CDCR 602-A):**

**CONVERTED TO CDCR 602-HC FROM THE ATTACHED 602** - HC

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A):

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason :

**Patient-Inmate Signature:** **Date Submitted:**

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**SECTION C. FIRST LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached? ☐ Yes ☑ No

This appeal has been:

Check One: Is this a recatergorized/converted 1824? ☐ Yes ☑ No

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction): Date: Date: Date: Date:

☐ Cancelled (See attached letter): Date:

☑ Accepted Assigned to: A Clinic Title: M.D. Date Assigned: 1-25-16 Date Due: 3/1/16

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 2/3/16 Interview Location: A Clinic

Your appeal issue is: ☑ Granted ☐ Granted in part ☐ Denied ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

1. Disability Code: ☐ TABE score ≤ 4.0 ☐ DPH ☐ DPV ☐ LD ☐ DPS ☐ DNH ☐ DNS ☐ DDP ☑ Not Applicable

2. Accommodation: ☐ Additional time ☐ Equipment ☐ SLI ☐ Louder ☐ Slower ☑ Basic ☐ Transcribe ☐ Other*

3. Effective Communication: ☑ P/I asked questions ☑ P/I summed information

Please check one: ☐ Not reached* ☑ Reached

*See chrono/notes

4. Comments: Tabe 10.9 per progress notes (2/3/16)

Interview conducted? ☑ Yes ☐ No

Interviewer: D. Gines Title: MD

(Print Name)

Signature: N/A Date completed: 3/1/16

Reviewer: A. Shittu, MD Chief P & S, NKSP Title: CP&S

(Print Name)

Signature: [signature]

HCAC Use Only

Date received by HCAC:

HCAC Use Only

Date closed and mailed/delivered to appellant:

RECEIVED JAN 25 2016 HC APPEALS

RECEIVED MAR 1 2016 HC APPEALS

RECEIVED JAN 28 2016 HC APPEALS

STAFF USE ONLY

NKSPHC16027114

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (Rev. 06/13)**



**SECTION D.** **If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

**SECTION E. SECOND LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached? ☐ Yes ☐ No

This appeal has been:

Check One: Is this a recatergorized/converted 1824? ☐ Yes ☐ No

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F.

1. Disability Code:
- ☐ TABE score ≤ 4.0
- ☐ DPH ☐ DPV ☐ LD
- ☐ DPS ☐ DNH
- ☐ DNS ☐ DDP
- ☐ Not Applicable

2. Accommodation:
- ☐ Additional time
- ☐ Equipment ☐ SLI
- ☐ Louder ☐ Slower
- ☐ Basic ☐ Transcribe
- ☐ Other*

3. Effective Communication:
- ☐ P/I asked questions
- ☐ P/I summed information
- **Please check one:**
- ☐ Not reached* ☐ Reached
- *See chrono/notes

4.Comments: ______

Interview conducted? ☐ Yes ☐ No

Interviewer: ______ (Print Name) Title: ______

Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______

Signature: ______

HCAC Use Only
Date received by HCAC: ______

HCAC Use Only
Date closed and mailed/delivered to appellant: ______

**SECTION F.** **If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted at the Third Level of Review

Your appeal is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached Third Level response.

Third Level Use Only
Date closed and mailed/delivered to appellant: ______

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE APPEAL FORM**
CDCR 602-HC (6/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRISON HEALTH CARE SERVICES

Side 1

Location: Institution/Parole Region: 1. NKSP 2. ______
Log #: 1. NKSPHC16027114 2. ______
Category: 1. 8

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health services). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care service processes at your institution. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibility.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Griffin, Elliott | V46065 | Coastline College Program | A-1-248 |

**A. Describe Problem:** I injured my right shoulder very badly, I went to medical roughly 3 months ago and seen the R.N. who then scheduled me to see the doctor. After about 6 weeks, I put in another medical slip and I seen the R.N. again and he scheduled me to see the doctor again. however, it has almost been 6 weeks again and yet still not doctor, therefore, I am 602 ing the situation. My shoulder hurts very badly and I think I might really need surgery. I can't sleep on it without it hurting and it is really injured badly, can you please schedule me to see the doctor immediately about my shoulder injury.

Thankyou Sincerly, Mr. Griffin

If you need more space, attach one additional sheet.

**B. Action Requested:** I am requesting to see the doctor immediately about my shoulder injury.

Inmate/Parolee Signature: [signature] Date Submitted: 01/19/16

**C. INFORMAL LEVEL (Date Received ______)**

Staff Response: ______

Staff Signature: ______ Date Returned to Inmate: ______

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

RECEIVED JAN 25 2016 HC APPEALS

COMPLETED 2016 HC APPEALS

RECEIVED JUL 28 2016 HC APPEALS

**CDCR Appeal Number**

NKSP HC 16027114

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE APPEAL FORM**
CDCR 602-HC (6/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PRISON HEALTH CARE SERVICES

**Side 2**

**FIRST LEVEL:** ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ____________ Due Date: ____________

Interviewed by: ____________

Staff Signature: ____________ Title: ____________ Date: ____________

Division Head Approval:
Staff Signature: ____________ Title: ____________ Date Returned to Inmate: ____________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit for processing to the Health Care Appeals coordinator at your location within 15 days of receipt of response:

Signature: ____________ Date Submitted: ____________

**SECOND LEVEL:** ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ____________ Due Date: ____________

☐ See Attached Letter

Signature: ____________ Date Submitted: ____________

Health Care Services
Hiring Authority Signature: ____________ Title: ____________ Date Returned to Inmate: ____________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

For the Director's Review of Health Care issues, submit all documents to: Office of Third Level Appeals – Health Care
~~P.O Box 4038~~
~~Sacramento, CA 95812-4038~~

**DIRECTOR'S ACTION:** ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

☐ See Attached Letter

Date: ____________





CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Health Care Appeal Assignment Notice**
**First Level HC Appeal**

**Date:** 8/1/2016

**To:** GRIFFIN, ELLIOTT (V46065)
B 004 3345001U
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking/Log #:** NKSP HC 16027814
**Appeal Level:** First
**Due Date:** 9/8/2016

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Health Care Appeals Coordinator
Health Care Appeals Office
California Men's Colony





CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Institution Response for First Level HC Appeal**




**Date:** 8/26/2016

**To:** GRIFFIN, ELLIOTT (V46065)
S INF 1106001LP
Kern Valley State Prison
PO Box 3130
Delano, CA 93216

**Tracking/Log #:** NKSP HC 16027814

**Appeal Issues:**

In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 7/28/2016, you state you injured your right shoulder over 18 months ago. You claim you thought it would heal so you never went to "Medical." You state 8 months ago you went to see the doctor which took several months. You state upon seeing the doctor he ordered an x-ray which showed severe arthritis. You claim he then ordered physical therapy because your shoulder is in severe pain. You state physical therapy did not work and the doctor ordered an MRI. You state when you did see the doctor, you claim he stated that you did not have a torn rotator cuff as expected but you had a severe case of arthritis and that they would order more physical therapy. You claim physical therapy did not work the first time and it actually caused more pain. You state the doctor gave you Naproxen 500mg for you to take twice a day but the pain is still there. You claim something is seriously wrong with your shoulder as it is hard to believe that you would get a severe case of arthritis in your right shoulder and not your left shoulder. You state you can't sleep on it and it hurts badly.

| | **Issue Type** | **Action Requested** |
|---|---|---|
| **Issue 1:** | Referral ( Orthopedics ) | TO SEE A SPECIALIST FOR RIGHT SHOULDER. |

**Response:**

You were seen on 7/12/16 by E. Flores, MD regarding your concern. Your History and Physical notes as well as previous progress notes were reviewed. You stated that your right shoulder has been hurting for 8 months now. You claimed that you were exercising and then all of a sudden it started to hurt. You stated that you had physical therapy already but it didn't help at all. You claimed the pain is a 10 on a scale of 1 to 10. Dr. Flores examined you and she discussed your right shoulder MRI results with you. You were advised to continue with physical therapy but you declined and signed a refusal. Dr. Flores referred you for an Orthopedic consult for further treatment recommendations. Proper posture and avoidance of strenuous shoulder exercises was discussed with you. NSAID medication was prescribed for you.

You are currently at Kern Valley State Prison. Please be advised that North Kern State Prison can no longer prescribe treatment or make treatment recommendations since you're at KVSP. You are advised to submit a CDC 7362 Health Care Services Request form or an appeal at your current location if you require medical services.



Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is **Partially Granted** as you were referred for an Orthopedic consult.

A. Shittu, MD
Chief Physician & Surgeon
North Kern State Prison



STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (REV. 6/13)**

Page 1 of 2

**STAFF USE ONLY**

Emergency Appeal ☐ Yes ☐ No

Signature: Date:

Institution: NKSP Log #: NKSPHC16028814 Category: 8

FOR STAFF USE ONLY

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Griffin, Elliott | V46065 | | |

**State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):**

**SECTION A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):**

**CONVERTED TO CDCR 602-HC FROM THE ATTACHED 602-HC**

**SECTION B. Action requested (If you need more space, use Section B of the CDCR 602-A):**

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason :

**Patient-Inmate Signature:** **Date Submitted:**

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**SECTION C. FIRST LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached? ☒ Yes ☐ No

This appeal has been:

Check One: Is this a recatergorized/converted 1824? ☐ Yes ☒ No

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction): Date: Date: Date: Date:

☐ Cancelled (See attached letter): Date:

☑ Accepted Assigned to: A Clinic Title: MD Date Assigned: 7-28-16 Date Due: 9/8/16

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 7/12/16 Interview Location: A Clinic

Your appeal issue is: ☐ Granted ☒ Granted in part ☐ Denied ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

1. Disability Code:
   - ☐ TABE score ≤ 4.0
   - ☐ DPH ☐ DPV ☐ LD
   - ☐ DPS ☐ DNH
   - ☐ DNS ☐ DDP
   - ☒ Not Applicable

2. Accommodation:
   - ☐ Additional time
   - ☐ Equipment ☐ SLI
   - ☐ Louder ☐ Slower
   - ☐ Basic ☐ Transcribe
   - ☐ Other*

3. Effective Communication:
   - ☐ P/I asked questions
   - ☐ P/I summed information
   - Please check one:
   - ☐ Not reached* ☐ Reached
   - *See chrono/notes

4.Comments: Tab 10.9

Interview conducted? ☐ Yes ☐ No

Interviewer: E. Flores (Print Name) Title: MD

Signature: N/A Date completed: 8/26/16

Reviewer: A. Shittu, MD Chief P & S, NKSP (Print Name) Title: CP&S

Signature: [signature]

HCAC Use Only

Date received by HCAC: RECEIVED JUL 28 2016 HC APPEALS

HCAC Use Only

Date closed and mailed/delivered to appellant:

STAFF USE ONLY

19

NKSPHC16027814

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (Rev. 06/13)**



**SECTION D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

**SECTION E. SECOND LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached? ☐ Yes ☐ No

Check One: Is this a recatergorized/converted 1824? ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4.Comments: ______

Interview conducted? ☐ Yes ☐ No

Interviewer: ______ (Print Name) Title: ______

Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______

Signature: ______

HCAC Use Only
Date received by HCAC: ______

HCAC Use Only
Date closed and mailed/delivered to appellant: ______

**SECTION F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted at the Third Level of Review

Your appeal is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached Third Level response.

Third Level Use Only
Date closed and mailed/delivered to appellant: ______

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STAFF USE

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11) Side 1

STAFF USE ONLY
Emergency Appeal [ ] Yes [ ] No
Signature: Date:

Institution: NKSP Log #: NKSPHC16027814 Category: 8
FOR STAFF USE ONLY

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Griffin, Elliott | V46065 | A-1-248 | VEP (Robles) |

**State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):**
To See Specialist

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** I injured my right should over 18 months ago, I thought it would heal so I never went to medical, well 8 months ago I went to see the doctor which

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I am requesting to see the specialist as soon as possible.

RECEIVED JUL 28 2016 HC APPEALS

COMPLETED AUG 26 2016 HC APPEALS

STAFF USE ONLY

[X] Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

Prior CDCR 602 Appeal

[ ] No, I have not attached any supporting documents. Reason :

**Patient/Inmate Signature:** [signature] **Date Submitted:** 07/25/16

[ ] **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? [ ] Yes [ ] No

This appeal has been:

[ ] Bypassed at the First Level of Review. Go to Section E.

[ ] Rejected (See attached letter for instruction) : Date: ______ Date: ______ Date: ______ Date: ______

[ ] Cancelled (See attached letter): Date: ______

[ ] Accepted at the First Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: [ ] Granted [ ] Granted in part [ ] Denied [ ] Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by HCAC: ______

HCAC Use Only
Date mailed/delivered to appellant: __/__/__

NKSPHC16027814

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE APPEAL**

Side 2

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Patient/Inmate Signature:** ______ **Date Submitted:** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by HCAC: ______

HCAC Use Only
Date mailed/delivered to appellant: ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, ~~P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038~~. If you need more space, use Section F of the CDCR 602-A.

**Patient/Inmate Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted at the Third Level of Review

Your appeal is ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant: ___/___/___

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

**Patient/Inmate Signature:** ______ **Date Submitted:** ______

Print Staff Name: ______ **Title:** ______ Signature: ______ Date: ______



STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | NKSP | NKSPHC16027814 | 8 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Griffin, Elliott | V46065 | A-1-248 | VEP (Robles) |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** took several months (See Prior 602 Appeal attached). upon seeing the Doctor he ordered an xray which showed severe arthritis. He then ordered physical therapy because my shoulder is in severe pain. Physical therapy did not work and the Doctor ordered an MRI, well when I went to see the doctor, the doctor said that I did not have a torn rotator cup as expected but that I had a severe case of arthritis and that they would order more physical therapy. However, physical therapy did not work the first time, it actually just caused me more pain. The doctor gave me pain medication naproxen 500 MG Tablet for me to take twice a day but the pain is still there, something is seriously wrong with my shoulder as it is hard to believe that I would get a severe case of arthritis in my right shoulder and not my left. But ultimately I can't sleep on it and it hurts very badly, so I am asking to please please see the specialist about the severe pain in my right shoulder because it is persistent and not going away. Thankyou

Also can I be granted more medication because my medication is already running out as they only gave me a 15 day supply and I'm going to need medication until my shoulder gets repaired.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 07/25/16

STAFF USE ONLY

RECEIVED JUL 28 2016 HC APPEALS

AUG 2016 HC APPEALS

**B. Continuation of CDCR 602, Section B only (Action requested):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________________

NKSP HC 1602 98A

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (08/09)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

**CMC - California Men's Colony**
Highway 1
P.O. Box 8101
San Luis Obispo, CA 93409-

| | | | |
|---|---|---|---|
| **Patient:** | **GRIFFIN, ELLIOTT LEW** | | |
| DOB/Age/Sex: | 8/8/1983 34 years Male | CDCR #: | V46065 |
| Encounter Date: | 4/12/2017 | PID #: | 11984829 |
| Attending: | Pido,Susan P&S | Referring: | |

## *Consultation Notes*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 4322630 Print Date/Time: 11/8/2017 09:53 PST

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

(Exh. C)

Patient Name: GRIFFIN, ELLIOTT LEW
Date of Birth: 8/8/1983 00:00 PDT

MRN: V4606
FIN: 10000000811984829V4606

* Auth (Verified) *

ACCT# 100571331
MR# 000374168
- 08/23/2017 M 34 0/36
GRIFFIN, ELLIOT DOB: 08/08/1983
Dr. PCP: KOWALL MARK

Last: ________ DOB: ________ CMC CDCR# V46065

## Orthopedic History

Today's Date: 8/23/17 (R) or L Hand Dominant Age: 34 Height: 6'7 Weight: 230

What Institution are you from California Men's Colony State Prison

**Chief Complaint**

Why are you seeing the doctor today? Right Shoulder Injury SAS + AC Joint

Date of Injury: 2015 — ARM collapsed while Doing pushup

How did Injury occur: ~~Exercising~~ Exercising

No parole Date

How long have you have pain in the area that you are seeing the doctor for: 2 years ___ mos ___ days

What makes the pain worse? Lifting / Sleeping

What makes the pain better? Rest

Do you have pain with activity? (Y) N Pain with weight bearing? (Y) N ~~Does pain affect daily~~ activities? (Y) N
Knee Locking? ~~Y N~~ ~~Knee Giving way? Y~~ N Shoulder Pain with Overhead Activities? (Y) N
Night time Pain awakening? (Y) N Previous injections? (Y) N How many 1 → No BenefIT

Do you take any medication for the problem?
(What is the name of medication?) Yes (Naproxen / ?)

Have you had previous Surgery for the problem?
(when/where?): No

**Past Medical History**

Allergies: None

Medications (CDCR Med List): NSAID

Medical Problems: high blood pressure diabetes heart attack stroke arthritis Hepatitis (NONE)

Other: ________

Past Surgery (Dates): None

Have you ever had General Anesthesia before? Yes (No) Any Problems:

Patient Name: GRIFFIN, ELLIOTT LEW
Date of Birth: 8/8/1983 00:00 PDT

MRN: V46065
FIN: 10000000811984829V46065

* Auth (Verified) *

ACCT# 100571331
MR# 000374168
-08/23/2017 M 34 0/36
GRIFFIN, ELLIOT DOB: 08/08/1983
Dr. PCP: KOWALL MARK

Last: ______ DOB: ______ CMC CDCR# V46065

## Family History

| | | Alive | Deceased | Age | Health status or cause of death |
|---|---|---|---|---|---|
| Mother | Teresa Griffin | (Alive) | | 58 | |
| Father | Reginald Griffin | | | 66 | |
| (Brother)/Sister | Anthony Griffin | | | 36 | |
| (Brother)/Sister | Reginald Griffin Jr. | | | 35 | |
| Brother/(Sister) | Vanessa Griffin | | | 32 | |

## Social History

(Single) Married Divorced Separated Widowed
Children: No Yes# 3
Former Occupation:
Independent Contractor
Smoke Currently? Yes (No) ______ packs per day for ______ years
Quit Smoking? This Year >1year >5years (>10years)
Previously smoked... 1/2 packs per day for ______ years
Drink Alcohol in past? Daily (1-2x/week) 1-2x/month never
Drug Use in past: ______

## Review of Systems

Are you currently having or have you had problems with:

Describe all Yes responses

| | | | |
|---|---|---|---|
| Eyes | Yes | (No) | |
| Ears, Nose, Throat | Yes | (No) | |
| Lungs, Breathing | Yes | (No) | |
| Heart | Yes | (No) | |
| Digestion | Yes | (No) | |
| Bowels or Bladder | Yes | (No) | |
| High Blood Pressure | Yes | (No) | |
| Diabetes | Yes | (No) | |
| Bleeding Problems | Yes | (No) | |
| Balance Problems | Yes | (No) | |
| Numbness/Tingling | Yes | (No) | |
| Blackouts/Fainting | Yes | (No) | |
| Psychological Problems | Yes | (No) | |
| Cancer | Yes | (No) | |
| AIDS | Yes | (No) | |
| Hepatitis | Yes | (No) | |
| Arthritis | Yes | (No) | |
| Polio | Yes | (No) | |
| TB | Yes | (No) | |
| Seizures | Yes | (No) | |

**PLEASE COMPLETE PRIOR TO DOCTOR'S VISIT**
**RETURN FORM WITH PATIENT AT TIME OF VISIT**

Reviewed ______ MD

27

Patient Name: GRIFFIN, ELLIOTT LEW
Date of Birth: 8/8/1983 00:00 PDT

MRN: V4606
FIN: 10000000811984829V4606

* Auth (Verified) *

ACCT# 100571331
MR# 000374168
- 08/23/2017 M 34 0/36
GRIFFIN, ELLIOT DOB: 08/08/1983
Dr. PCP: KOWALL MARK

Last ______ CMC CDCR# V46065 DOB ____

## Physical Examination
**Shoulder Left Right**

Name ____________ Date 8-23-17

### Cervical Spine

Tenderness: None Midline Paracervical R L
ROM: Normal Decreased
Foramenal Compression Test Negative Neck Pain Radicular Pain

### Shoulder

*Inspection:* Normal Muscular Atrophy Hypertrophy
Asymmetry ____________

*Tenderness:* None AC Joint Biceps Tendon Subacromial Space Ant/ Post Capsule

*Range of Motion:*
Passive Normal Abnormal

Active Normal Decreased Terminal FF 170 ABD 160 IR L3 ER 30

Pain through "zone of impingement" None 2 +

*Strength:* Normal FF 5 + ABD 4+ + ER 4+ + IR 5 + SS 4+ +

*Impingement Maneuvers:* Negative
Jobe's 2+ ABD/IR 3+ Speed's __+ O'Brien's __+ Yergason's X-Body Add 2+

*Instability Maneuvers:*
Ant. Drawer ____ Post. Drawer ____ Sulcus Sign ____ Guarding

*Vascular* (UE): Intact Abnormal *Neuro* (UE): Grossly intact Abnormal

**Radiographs**: Normal Abnormal 3-2-16

- ☐ Subchondral cysts ☐ Subchondral sclerosis ☐ Periarticular osteophytes
- ☐ Joint space narrowing ☐ Joint subluxation

MRI: 6-29-16 Reviewed STLort osseous outlet & bursal side fraying

**Impression:**
1) (R) Shoulder chronic Impingement
2) AC Joint OA
3) Partial Rotator Cuff Tear (R/O Full Thickness RCT)

28

Facility: CMC

ACCT# 100571331
MR# 000374168
- 08/23/2017 M 34 0/36
GRIFFIN, ELLIOT DOB: 08/08/1983
Dr. PCP: KOWALL MARK

_____Last_________________________ CMC CDCR# V46065 DOB____

**Recommendations:** -2016 MRI

Discussed symptoms, PE findings, XRays, diagnosis, options (Operative and Nonop.)

Patient elects to have Surgery

Failed Conservative Management: ☐NSAID's ☐Injection ☐Physical Therapy IHEP

NSAID'S_______________________ Other Meds: _________________

Injection (1cc Dexamethasone/3cc 1% Xylocaine, Sterile Tech.) Subacromial AC
Risks and Complications discussed Glenohumeral
Improvement S/P injection _____%

Independent Shoulder Exercise Program ( Instructions given)

Physical Therapy ______x/week for _____weeks

Surgery: Arthroscopy Decompression, Distal Clavicle Resection,

Possible - Rotator Cuff Repair, Debridement, SLAP Repair, Labrum Repair,

Anterior Reconstruction, Biceps Tenotomy, Biceps Tenodesis,

HemiArthroplasty, TSA, Manipulation under Anesthesia

AC Joint Reconstruction_________________________________
☐Procedure, Risks and Complications discussed with patient

**Pre-Operative Medical Clearance for Surgery Requested**

EKG, CXR, CBC, Chemistry Panel _________________

Further Diagnostic Procedures: **Contrast MRI** _________________

Other:_________________________________________

Information Literature given to patient *Impingent Syndrome Rotator Cuff Tear Shoulder Surgery Arthritis Shoulder Dislocation Labrum ANATOMY*

Follow-up Appointment__________ Request Authorization for Surgery

Mark G. Kowall, M.D., M.B.A.
Orthopedic Surgery Consultant



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

CMC - California Men's Colony
Highway 1
P.O. Box 8101
San Luis Obispo, CA 93409-

**Patient:** GRIFFIN, ELLIOTT LEW
DOB/Age/Sex: 8/8/1983 34 years Male
Encounter Date: 4/12/2017
Attending: Pido,Susan P&S

CDCR #: V46065
PID #: 11984829
Referring:

## *Orders*

**Ambulatory Referrals**

| Order: **Request Referral to Orthopedic Surgery** | | |
|---|---|---|
| Order Date/Time: 10/31/2017 14:26 PDT | | |
| Order Start Date/Time: 10/31/2017 14:26 PDT | | |
| Order Status: Ordered | Department Status: Ordered | Activity Type: Ambulatory Referrals Request |
| End-state Date/Time: 10/31/2017 14:26 PDT | End-state Reason: | |
| Ordering Physician: Pido,Susan P&S | Consulting Physician: | |
| Entered By: Pido,Susan P&S on 10/31/2017 14:26 PDT | | |
| Order Details: 10/31/17 2:26:00 PM PDT, Routine, Ortho surgery, Right shoulder arthroscopy, decompression, possible RC repair, distal clavicle resection, Ambulatory, No, Standard Precautions, 01/30/18 23:59:00 PST | | |
| Order Comment: | | |

| Order: **Referral to Orthopedic Surgery** | | |
|---|---|---|
| Order Date/Time: 8/14/2017 15:04 PDT | | |
| Order Start Date/Time: 8/23/2017 07:30 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Ambulatory Referrals |
| End-state Date/Time: 10/23/2017 14:45 PDT | End-state Reason: | |
| Ordering Physician: Griffin,Ben P&S | Consulting Physician: | |
| Entered By: Gonzalez,Sandra RN on 8/14/2017 15:04 PDT | | |
| Order Details: 8/23/17 7:30:00 AM PDT, Routine, Offsite, Dr Kowall Ortho Consult, R shoulder impingment syndrome, Dr Kowall Orthopedic consult, 11/04/17 23:59:00 PDT | | |
| Order Comment: RFS 17/18-1182607 | | |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 4322753 Print Date/Time: 11/8/2017 10:05 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

CMC - California Men's Colony

Patient: **GRIFFIN, ELLIOTT LEW**
DOB/Age/Sex: 8/8/1983 / 34 years / Male CDCR: V46065

## Orders

### Mental Health

Order: **MH Group Recreation Therapy**
Order Date/Time: 5/9/2017 14:01 PDT
Order Start Date/Time: 8/22/2017 08:30 PDT
Order Status: Completed Department Status: Completed Activity Type: Structured Therapeutic Activities
End-state Date/Time: 8/22/2017 10:28 PDT End-state Reason:
Ordering Physician: Consulting Physician:
Entered By: on 5/9/2017 14:01 PDT
Order Details: 8/22/17 8:30:00 AM PDT, 8/22/17 10:28:09 AM PDT, D-Yard 7-2 Tues 830 Allen, 05/18/17 23:59:00 PDT
Order Comment:

Order: **MH Group Recreation Therapy**
Order Date/Time: 5/9/2017 14:01 PDT
Order Start Date/Time: 9/19/2017 08:30 PDT
Order Status: Canceled Department Status: Canceled Activity Type: Structured Therapeutic Activities
End-state Date/Time: 9/19/2017 09:27 PDT End-state Reason:
Ordering Physician: Consulting Physician:
Entered By: on 5/9/2017 14:01 PDT
Order Details: 9/19/17 8:30:00 AM PDT, 9/19/17 9:27:02 AM PDT, D-Yard 7-2 Tues 830 Allen, 05/18/17 23:59:00 PDT
Order Comment:

### Patient Care

Order: **OTM Routine Return Follow Up 20**
Order Date/Time: 8/23/2017 13:17 PDT
Order Start Date/Time: 9/5/2017 10:00 PDT
Order Status: Completed Department Status: Completed Activity Type: Follow-up
End-state Date/Time: 9/5/2017 13:15 PDT End-state Reason:
Ordering Physician: Pido,Susan P&S Consulting Physician:
Entered By: Gonzalez,Sandra RN on 8/23/2017 13:17 PDT
Order Details: 9/5/17 10:00:00 AM PDT, *Within 14 Calendar days, 09/06/17 23:59:00 PDT, F/U return OTM TCCH Kowall-surgery rec for R shoulder (see consultant notes)
Order Comment:



**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Health Care Grievance Assignment Notice**
**Institutional Level**

**Date:** 10/30/2017

**To:** GRIFFIN, ELLIOTT (V46065)
# D 007 2218001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:** CMC HC 17000215

**Appeal Level:** Institutional

**Due Date:** 1/2/2018

This acts as a notice to you that your grievance has been assigned to the Health Care Grievance Office for response. If you have any questions, please contact the Health Care Grievance Coordinator at your institution.

Your medical condition will continue to be monitored with care provided as determined medically indicated by the Primary Care Provider. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

K. Lino

Lino, K.
Health Care Grievance Coordinator
Health Care Grievance Office
California Men's Colony



(Exh. D)



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



Date: 10/31/17

REJECTION NOTICE

To: GRIFFIN, ELLIOTT (V46065)
# D 007 2218001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Tracking #: CMC HC 17000215

It has been determined your grievance package submitted does not comply with health care grievance procedures established in the California Code of Regulations Title 15, Article 8, and is being rejected and returned to you for the following reason(s):

**Anticipated Action:** California Code of Regulations, Title 15, subsection 3087.9(a)(2) states, "The health care grievance concerns an anticipated action or decision." Upon review of your appeal by the Healthcare Grievance R.N., it was determined that the appropriate way of addressing your concerns is via the healthcare services request form 7362. Form #0879869 has been submitted on your behalf. You are encouraged to address your concerns and questions with your physician.

Explain the health care policies, decisions, actions, conditions, or omissions that have had a material adverse effect on your health and welfare.

Take the necessary corrective action provided in this notice and resubmit the health care grievance within 30 calendar days.

Raught, P
Health Care Grievance Coordinator
Health Care Grievance Office
California Men's Colony

(Exh. D)

***PERMANENT GRIEVANCE ATTACHMENT-DO NOT REMOVE***

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
**CDCR 602 HC (Rev. 06/17)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY** Expedited? ☐ Yes ☒ No Institution: Tracking #: CMC HC 17000215

Staff Name and Title (Print) Reupold, RN Signature [signature] Date 10/24/2017

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): Griffin, Elliott L CDCR #: V46065 Unit/Cell #: 7218

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

I came to prison medical with a severly injured right shoulder back in 2015, in 2016 I was granted a 602 to see the Orthopedic Surgeon which I did not see until 2017 over a year later. The Orthopedic Surgeon at Twin Cities Hospital said I needed surgery and I haven't heard nothing since, can you please help I am in severe pain every single day and have been for the past 2 years Please help! Thankyou Sincerly Mr. Griffin

*If you need more space, use Section A of the CDCR 602 HC A*

☐ **Supporting Documents:** Refer to CCR 3087.2. List supporting documents attached:

~~7362#C879869~~

☒ **No, I have not attached any supporting documents.** Reason: I only have 1 copy and can't afford them to get lost

**Grievant Signature:** [signature] **Date Submitted:** 10-23-17

**BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.** ☐

**HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only** Is a CDCR 602 HC A attached? ☐ Yes ☒ No

This grievance has been:

☒ Rejected (See attached letter for instruction): Date: 10/31/17 Date: ____

☐ Withdrawn (see section C)

☒ Accepted Assigned To: ____ Title: ____ Date Assigned: 10/24/17 Date Due: 1/2/2018

Interview Conducted? ☐ Yes ☐ No Date of Interview: ____ Interview Location: ____

Interviewer Name and Title (print): ____ Signature: ____ Date: ____

Reviewing Authority Name and Title (print): ____ Signature: ____ Date: ____

**Disposition:** See attached letter ☐ Intervention ☐ No Further Intervention ☐ No Intervention

***If dissatisfied with Institutional Level Response, complete Section B.***

**HCGO Use Only:** Date closed and mailed/delivered to grievant:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: TABE 10.9

RECEIVED OCT 24 2017 by the Health Care Appeals Office

**STAFF USE ONLY**

34

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
**CDCR 602 HC (Rev. 06/17)**

CMC HC 17000215

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #:

**SECTION B:** **Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response,** explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

**Grievant Signature:** **Date Submitted:**

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only** Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted? ☐ Yes ☐ No Date of Interview: ______ Interview Location: ______

Interviewer Name and Title (print): ______ Signature: ______ Date: ______

**Disposition:** See attached letter ☐ Intervention ☐ No Further Intervention ☐ No Intervention

***This decision exhausts your administrative remedies.***

**HQ Use Only:** Date closed and mailed/delivered to grievant:

**SECTION C:** **Grievant requests to WITHDRAW health care grievance:** I request that this health care grievance be withdrawn from further review. Reason:

**Grievant Signature:** **Date Submitted:**

**Staff Name and Title (Print):** **Signature:** **Date:**

**STAFF USE ONLY**

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*



Version 4.6.1.1

Release Note

Summary | Bed Inventory | ADA/EC History

Generate Reports / Get Help / Report a Problem Log Ou

CDC # : V46065 Search

CDC Number: V46065, GRIFFIN, ELLIOTT LEW

Summary

**Offender/Placement**

| | |
|---|---|
| CDC #: | V46065 |
| Name: | GRIFFIN, ELLIOTT LEW |
| Institution: | California Men's Colony |
| Bed Code: | D 007 2218001L |
| Placement Score: | 19 |
| Custody Level: | Medium A |
| Housing Pgm: | EOP - Enhncd Out-Pt Prog |
| Housing Restrictions: | Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | |

**Disability/Assistance**

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 08/10/2004 |
| DPP Codes: | [History] |
| 1845 Date: | |
| MHSDS Code: | EOP |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 10.9 |
| TABE Date: | 09/08/2006 |
| Durable Medical Equipment: | [Info] |
| Last Accomm: | |
| Spoken Languages: | |

**Important Dates**

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 08/06/2004 |
| Last Return Date: | |
| Extended Stay Date: | 11/04/2004 |
| Extended Stay Privileges? | |
| Release Date: | 07/12/2010 |
| 120 Day Date: | 03/14/2010 |
| Next IDST Date: | |

**Work/Vocation/PIA**

1

| | |
|---|---|
| Group Priv: | A |
| Group Work: | A1 |
| Start Date: | 06/30/2017 |
| Status: | Half time |
| Job Position: | S02.002.019 |
| Job Title: | SUBSTANCE ABUSE LTOPP |
| IWTIP Code: | T |
| IWTIP Description: | Substance Abuse Treatment |
| Regular Day Off: | SU, S |
| Work Hours: | 1215-1530 |

**Accommodation History**

| | | |
|---|---|---|
| 06/09/2009 | Suitability | No Accommodation |



0879869

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Griffin, Elliott | V46065 | 7218 |

| PATIENT SIGNATURE | DATE |
|---|---|
| on behalf of OMCHC17000215 **Health Care Appeals Coordinator** | 10-31-17 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Request to see physician regarding referral/and-or Status of shoulder surgery.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

COPY

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record · Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

0879869

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Griffin, Elliott | V46065 | 721 |
| PATIENT SIGNATURE: on behalf of Health Care **Appeals Coordinator** OMC HC 17000215 | | DATE 10- |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Request to see physician regarding referral/and-or Status of shoulder surgery.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | |
|---|---|
| **Date / Time Received:** 11/3/17 1425 | **Received by:** [signature] RN |
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

Requesting Referral/MD for Shoulder Sx

Called UM, process is pending, letter forwarded to I/P via mail.

O: T: P: R: BP: WEIGHT:

A: Griffin,

P: you surgery is being scheduled. It can take up to 90 days, but will probably be much sooner than this.

☐ **See Nursing Encounter Form**

E:

Thanks! Triage RN

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |



(Exh. D)



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Health Care Grievance Assignment Notice**
**Institutional Level**

**Date:** 12/29/17

**To:** GRIFFIN, ELLIOTT (V46065)
# D 007 2218001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:** CMC HC 17000404

**Appeal Level:** Institutional

**Due Date:** 3/7/2018

This acts as a notice to you that your grievance has been assigned to the Health Care Grievance Office for response. If you have any questions, please contact the Health Care Grievance Coordinator at your institution.

Your medical condition will continue to be monitored with care provided as determined medically indicated by the Primary Care Provider. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

Raught, P
Health Care Grievance Coordinator
Health Care Grievance Office
California Men's Colony

(Exh. E)

## PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Elliott Lew Griffin, declare:

I am over 18 years of age and a party to this action. I am a resident of California Men's Colony State Prison, in the county of San Luis Obispo, State of California. My prison address is: P.O. Box 8101, San Luis Obispo, CA 93409.

On 1-23-18 (DATE),

I served the attached: Civil Right Complaint Pursuant to 42 U.S.C. § 1983 (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1-23-18 (DATE)

[signature] (DECLARANT'S SIGNATURE)