UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LEW GRIFFIN,<br><br>        Plaintiff,<br><br>   v.<br><br>Dr. E. FLORES, et al.,<br><br>        Defendants. | CASE NO.: CV 18-0687-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART as follows:

(1) Defendants' motion to dismiss the official capacity claim against Defendant Pido for injunctive relief is denied;

(2) Defendants' motion to dismiss all other official-capacity claims is granted without leave to amend;

(3) Defendants' motion to dismiss the Eighth Amendment claim against Defendant Pido is denied;

(4) Defendants' motion to dismiss all other individual-capacity claims is granted with leave to amend; and

(5) Plaintiff is granted leave to file a First Amended Complaint. The Clerk is directed to file the First Amended Complaint lodged by Plaintiff.

DATED: March 15, 2019

*David O. Carter*
DAVID O. CARTER
United States District Judge